MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00050-EFB |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER |
| v. | |
| JONATHAN WARD and MONICA NUNES, | DATE: May 3, 2019 TIME: 2:00 p.m. COURT: Hon. Allison Claire |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Monica Nunes, both individually and by and through her counsel of record, Christina Sinha, hereby stipulate as follows:

1. The Complaint in this case was filed on April 4, 2019, and Defendant Monica Nunes first appeared before a judicial officer of the Court in which the charges in this case were pending on April 5, 2019. On that date, the Court set a preliminary hearing date of May 3, 2019.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 31, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case. For example, the government is continuing to collect

STIPULATION 1

| | |
|---|---|
| 1 | and produce audio/video files, bank records, forensic data, witness statements, and police reports |
| 2 | relevant to this case.  Defense counsel needs additional time to review and consider this evidence and to |
| 3 | conduct additional investigation.  The parties further agree that the interests of justice served by granting |
| 4 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § |
| 5 | 3161(h)(7)(A). |

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 3, 2019, and May 31, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  April 26, 2019    McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney


Dated:  April 26, 2019    /s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender
Counsel for Defendant
Monica Nunes

STIPULATION

2

1　McGREGOR W. SCOTT
　　United States Attorney
2　ROBERT J. ARTUZ
　　Special Assistant U.S. Attorney
3　501 I Street, Suite 10-100
　　Sacramento, CA 95814
4　Telephone: (916) 554-2700
　　Facsimile:　(916) 554-2900
5

6　Attorneys for Plaintiff
　　United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11　UNITED STATES OF AMERICA,　　　　　　CASE NO. 2:19-MJ-00050-EFB

12　　　　　　　　　　　Plaintiff,　　　　　　FINDINGS AND ORDER EXTENDING TIME FOR
　　　　　　　　　　　　　　　　　　　　　　PRELIMINARY HEARING PURSUANT TO RULE
13　　　　　　v.　　　　　　　　　　　　　　5.1(d) AND EXCLUDING TIME

14　JONATHAN WARD and　　　　　　　　　　DATE: May 3, 2019
　　MONICA NUNES,　　　　　　　　　　　　TIME: 2:00 p.m.
15　　　　　　　　　　　　　　　　　　　　COURT: Hon. Allison Claire
　　　　　　　　　　　Defendants.
16

17

18　　　　The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19　Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 26, 2019. The

20　Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21　demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22　5.1(d) of the Federal Rules of Criminal Procedure.

23　　　　Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24　of justice served by granting this continuance outweigh the best interests of the public and the defendant

25　in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26　not adversely affect the public interest in the prompt disposition of criminal cases.

27　///

28　///

[PROPOSED] FINDINGS AND ORDER　　　　　　1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to May 31, 2019, at 2:00 p.m.

2. The time between May 3, 2019, and May 31, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: April 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Findings and Order

2